UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

DERRICK ANDERSON, on behalf of himself and all others
similarly situated,

Civil Action No: 1:25-cv-5320 - BMC

Plaintiff,

-v.-

Pret A Manger (USA) Limited

Defendants.

------------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 11, 2026

| For Plaintiff Derrick Anderson | For Defendant Pret A Manger (USA) Limited |
|---|---|
| /s/ Uri Horowitz, Esq. <br> Uri Horowitz, Esq. <br> **Horowitz Law, PLLC** <br> 144-41 70th Road <br> Flushing, NY 11367 <br> Tel. (718) 705-8700 <br> uri@horowitzlawpllc.com | /s/ Alexander William Bogdan <br> Alexander William Bogdan, Esq. <br> **Fox Rothschild LLP** <br> 101 Park Avenue, 17th Floor <br> New York, NY 10178 <br> (212) 878-7941 <br> abogdan@foxrothschild.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on

March 11, 2026, with the Clerk of Court using the CM/ECF system which will automatically

send email notification of such filing to all attorneys of record. I also emailed this Notice to all

parties who have not made an appearance in this case.


This 10th  day of March, 2026                Respectfully Submitted,

                                            */s/ Uri Horowitz*
                                            Uri Horowitz, Esq.